RECEIVED BY MAIL
DEC 28 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

| | |
|---|---|
| i: Sentiment Man - Petro Siruk <br> *claimant* <br><br> v. <br><br> STATE OF MINNESOTA, <br> CITY OF MINNEAPOLIS, <br> HENNEPIN COUNTY, <br> Francis Magill – man (public status judge), <br> Emily Branzovsky - woman (publis status court reporter), <br> SHERIFF, <br> Richard W. Stanek – man (public status Chief Deputy) <br> *Wrongdoers.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

20-cv-2667 SRN/ECW

**(verified)**

**nature of case: claim**
**claim: trespass**

---

**I, require: a 'court of record'; 'trial by jury';**

---

the *Siruk Court* presents notice:

**claim: trespass [wrongdoing]**

SCANNED
DEC 29 2020
U.S. DISTRICT COURT ST. PAUL

i, a man claim and demand adequate relief from the following:

- the said wrongdoers(s) trespass upon my property, life, freedom, health, self-governance;
- the causal agent of the trespass are persons acting under color of law, comes by way of threat, duress, coercion, oppression, denial, deprivation, interference, disparagement of my inalienable retain certain rights, exercise of certain beliefs which are secure and guarantee by the Constitution of the United States; furthermore causal agent knowingly breach duties and obligations causing physical pain, mental anguish, also deprivation of freedom, life, property, pursue of happiness, rights, beliefs, and wrongful arrest;
- the trespass did and does harm, injury to my property, life, character, health;
- the commencement of the wrong and harm, irreparable damages began sometimes February year of 2018 and continues to effect my existence;
- the wrong and harm continues to this day, December 19, 2020 and will continue to effect, until proper, adequate relief is provided;
- i, require compensation for the initial, continual trespass on my property, life, freedom, health;
- compensation due: decided by jury and it is more then $75,000.00
- i, say, and will verify in open court, that all herein be true

December 19, 2020          /s/ NA V.I. Petro Siruk, All Rights Reserved

in<br>
**'Federal Court'**<br>
at<br>
District Court of the United States<br>
for District of Minnesota

RECEIVED BY MAIL

**DEC 2 8 2020**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| i: Sentiment Man - Petro Siruk  ) | |
| *claimant*  ) | |
| ) | |
| v.  ) | **(verified)** |
| ) | |
| STATE OF MINNESOTA,  ) | |
| CITY OF MINNEAPOLIS,  ) | |
| HENNEPIN COUNTY,  ) | |
| Francis Magill – man (public status judge),  ) | |
| Emily Branzovsky - woman (publis status court reporter),  ) | |
| SHERIFF,  ) | |
| Richard W. Stanek – man (public status Chief Deputy)  ) | |
| *Wrongdoers*.  ) | |

**notice: jurisdiction**

the *Siruk Court* presents notice:

**First:** I, lay "my case", [suit; accouterments; &cs...] *into* 'Federal Court';

**Secondly:** **'Federal Court', is a 'court of record**
> "A party paying money into Court, admits the jurisdiction of such Court, and can not plead in abatement to it." ~ J. Chitty pg. 444 (1851

**Thirdly:** **'Federal Court', is a 'court of record';**
> 25 C.J. Vol., Federal Court § 344, pg. 9741

**Fourthly:** **In a 'court of record', the magistrate is independent of the tribunal;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Fifthly:** **A 'court of record': acts in accordance with common law;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Sixthly:** Suits in common law, the right of trial by jury shall be preserved;
> Seventh Amendment

**Seventhly:** The jury can take upon themselves and determine at their own hazard, the questions of fact and law; *[cf* Littleton § 386; Bl. Comm. § 378];

**Eighthly:** i, say here, and will verify in open court, that all herein be true

December 19, 2020           /s/ NA V.I. Petro Siruk, All Rights Reserved

in
## 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED BY MAIL
DEC 2 8 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| i: Sentiment Man - Petro Siruk )<br>*claimant* )<br> )<br>v. )<br> )<br>STATE OF MINNESOTA, )<br>CITY OF MINNEAPOLIS, )<br>HENNEPIN COUNTY, )<br>Francis Magill – man (public status judge), )<br>Emily Branzovsky - woman (publis status court reporter), )<br>SHERIFF, )<br>Richard W. Stanek – man (public status Chief Deputy) )<br>*Wrongdoers.* ) | **(verified)** |

### notice: venue

the *Siruk Court* presents notice:

**Firstly:**   i, a man  enter **'my case'**, [suit; accoutrements; &cs ... ] *into* **'Federal Court'**;

**Secondly:**   **'Federal Court'** is to convene *at,* a *public* **courthouse** (venue);

**Thirdly:**   The public courthouse, in where 'my case' lies, is known *as a federal district court;*

**Fourthly:**   The *federal district court* is *at* a location also referred to as:
• U.S. COURTHOUSE, SUITE 202
 300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415
• THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA'
• 'The district court of the united States';

**Fifthly:**   The Name of the *public* **courthouse** varies but, at all times 'our case' lies **'in Federal Court'**;

**Sixthly:**   i, say here, and will verify in open court, that all herein be true;

December 19, 2020                              /s/ NA V.I. Petro Siruk, All Rights Reserved

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED BY MAIL
DEC 28 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

|   |   |   |
|---|---|---|
| i: Sentiment Man - Petro Siruk<br>*claimant*<br><br>v.<br><br>STATE OF MINNESOTA,<br>CITY OF MINNEAPOLIS,<br>HENNEPIN COUNTY,<br>Francis Magill – man (public status judge),<br>Emily Branzovsky - woman (publis status court reporter),<br>SHERIFF,<br>Richard W. Stanek – man (public status Chief Deputy)<br>*Wrongdoers.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **(verified)** |

## notice: Verifications

the *Siruk Court* presents notice:

**Firstly:**   i, a man, declare and require: all documents (including recom'endations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

**Secondly:**   i, say here, and will verify in open court, that all herein be true


December 19, 2020                                             /s/ NA V.I. Petro Siruk, All Rights Reserved